IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ruiz, Hector A | Case Number: 07 B 11776 |
|---|---|---|
| | Ruiz, Rosa | Judge: Hollis, Pamela S |
| | Printed: 8/26/08 | Filed: 7/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 14, 2008
Confirmed: September 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,264.00 | |
| Secured: | | 2,979.74 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 284.26 |
| Other Funds: | | 0.00 |
| Totals: | 5,264.00 | 5,264.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chad M Hayward | Administrative | 2,000.00 | 2,000.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | CitiFinancial | Secured | 0.00 | 0.00 |
| 6. | CitiFinancial | Secured | 11,610.00 | 1,200.00 |
| 7. | Citi Residential Lending Inc | Secured | 27,087.57 | 1,779.74 |
| 8. | Residential Loan Centers Of America | Unsecured | 173.48 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 1,769.11 | 0.00 |
| 10. | Capital One | Unsecured | 33.90 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 19.78 | 0.00 |
| 12. | Village of Hanover Park | Unsecured | 13.28 | 0.00 |
| 13. | AT&T | Unsecured | | No Claim Filed |
| 14. | Comcast | Unsecured | | No Claim Filed |
| 15. | Active Insurance Agency | Unsecured | | No Claim Filed |
| 16. | Gomberg Shorfman Goidf Ostler PC | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Allstate Insurance Company | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 42,707.12 | $ 4,979.74 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 284.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Ruiz, Hector A<br>Ruiz, Rosa<br>Printed:  8/26/08 | Case Number:  07 B 11776<br>Judge:  Hollis, Pamela S<br>Filed:  7/2/07 |

$$\overline{\phantom{xxxxxxxxxx}}$$
$ 284.26

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

